## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASUL ROE, *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, *et al.*,<br><br>       Defendants. | No. 1:22-cv-10808-MLW |

## PLAINTIFFS' MOTION TO COMPEL EXPEDITED PRODUCTION OF THE ADMINISTRATIVE RECORD

Plaintiffs respectfully request that this Court set an expedited schedule requiring the Defendants to produce the certified administrative record by June 24. Plaintiffs are submitting an accompanying memorandum of law in support of this motion.

Dated: June 3, 2022

Respectfully submitted,

PLAINTIFFS

By their attorneys,

/s/ *Susan M. Finegan*
Susan M. Finegan (BBO #559156)
Susan J. Cohen (BBO #553353)
John F. Quill (BBO #632216, *pro hac vice*)
Andrew H. DeVoogd (BBO #670203)
Andrew N. Nathanson (BBO #548684)
Kenneth P. Monroe (BBO #696381)
Michael P. Molstad (BBO #707524)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND
 POPEO, P.C.
One Financial Center
Boston, MA 02111
617.542.6000
SMFinegan@mintz.com

Matthew R. Segal (BBO #654489)
Adriana Lafaille (BBO #680210)
Areeba Jibril (*pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF MASSACHUSETTS, INC.
One Center Plaza, Suite 850
Boston, MA 02108
617.482.3170
ALafaille@aclum.org

3

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs conferred with counsel for the Defendants regarding this motion by phone on May 27, 2022 and over email on June 2 and 3, 2022. Defendants oppose the requested relief.

Dated: June 3, 2022                                /s/ *Susan M. Finegan*
                                                                  Susan M. Finegan (BBO #559156)
                                                                  SMFinegan@mintz.com