UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RASUL ROE, ET AL., )
)
    Plaintiffs, )
)
)
    v. ) C.A. No. 22-10808-MLW
)
ALEJANDRO N. MAYORKAS, )
SECRETARY OF THE U.S. )
DEPARTMENT OF HOMELAND )
SECURITY, ET AL., )
)
    Defendants. )
)

ORDER

WOLF, D.J.                                                  June 7, 2022

    Having now examined the Complaint for Declaratory, Injunctive, and Mandamus Relief (Dkt. No. 1, Dkt. No. 1-3 under seal), I hereby RECUSE myself pursuant to 28 U.S.C. §455(a).[1] Therefore, this case is RETURNED to the Clerk of the United States District Court for the District of Massachusetts to be randomly redrawn.

                                                        /s/ Mark L. Wolf
                                              UNITED STATES DISTRICT JUDGE

---

[1] The reasons for my recusal are unrelated to the fact that Adriana LaFaille, one of plaintiffs' counsel, was an intern in my chambers in 2010, and one of my law clerks in 2011 and 2012. See Jimenez v. Nielsen, 2018 WL 10247147, at *2-3 (D. Mass. Apr. 16, 2018).