UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RASUL ROE, et al.,<br><br>   *Plaintiffs*,<br><br>   v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>   *Defendants*. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 22-cv-10808-ABD<br>)<br>)  **DECLARATION OF**<br>)  **MICAH WATSON**<br>)<br>)<br>) |

I, Micah Watson, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Case Management Coordinator within the Office of the Coordinator for Afghan Relocation Efforts ("CARE") within the Bureau of South and Central Asian Affairs of the Department of State. The statements contained in this declaration are based upon my personal knowledge and review of relevant documents, upon information provided to me in my official capacity, and conversations with my staff.

2. CARE coordinates the U.S. Government's relocation and immigration processing for certain Afghans eligible for relocation assistance under the Enduring Welcome program, including communications, case management, and travel. This includes the provision of relocation assistance to certain eligible Afghans from Afghanistan via third-country platforms where Afghans complete the necessary immigration processing steps to resettle in the United States.

3. ███████████████████████████████████████████████████████ As of December 12, 2024, ███ was ██████████████████████████████████████

▮▮

4. To my knowledge and belief, CARE is in possession of no records indicating that ▮ ▮ or ▮ have made direct efforts to obtain relocation assistance through CARE.

5. On May 31, 2023, ▮ then in ▮ spoke with CARE, and said that his sisters ▮ were undergoing parole processing and that ▮ had a P1 referral related to her association with ▮ ▮ noted that he, his mother, and his sisters should be manifested together if possible.

Executed at Washington on this 20th day of December, 2024.

*[signature]*

Micah Watson
Office of the Coordinator for Afghan Relocation Efforts
U.S. Department of State