UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Malik Moe, Marwa Moe, Malia Moe,
Medina Moe, Nahid Noe, Naser Noe, Nabi Noe,
Naji Noe, Baddar Boe, Basel Boe, Badi Boe,
Bahar Boe, Barakat Boe, Baharak Boe,
Baktash Boe, Benesh Boe, Basim Boe, Basir Boe,
and Burhan Boe
          Plaintiffs

v.

CIVIL ACTION NO.:
1:22-cv-10808-ADB

Alejandro N. Mayorkas and Ur M Jaddou
          Defendants

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT
June 9, 2025

Burroughs, D.J.

In accordance with the Memorandum and Order entered on June 6, 2025, GRANTING Defendants' Motion for Summary Judgment, Judgment is entered on behalf of the Defendants, Alejandro N. Mayorkas and Ur M Jaddou. This case is hereby DISMISSED.

SO ORDERED.

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
United States District Judge