IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MALIK MOE, MARWA MOE, MALIA MOE, MEDINA MOE, NAHID NOE, NASER NOE, NABI NOE, NAJI NOE, BADDAR BOE, BASEL BOE, BADI BOE, BAHAR BOE, BARAKAT BOE, BAHARAK BOE, BAKTASH BOE, BENESH BOE, BASIM BOE, BASIR BOE, BURHAN BOE,[1]<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTI L. NOEM, AND KIKA SCOTT,<br><br>    Defendants. | Civil Action No. 22-cv-10808-ADB |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs of the pseudonyms Moe, Noe, and Boe families (collectively, "Plaintiffs"), in the above-named case, hereby appeal to the United States Court of Appeals for the First Circuit from the Memorandum and Order Denying Plaintiffs' Motion for Summary Judgment, ECF No. 195, entered on June 6, 2025.

[*Remainder of page left blank intentionally*]

---

[1] RASUL ROE, RENA ROE, RAFI ROE, RABI ROE, DIANA DOE, AMIR DOE, AFSOON DOE, AAZAR DOE, ABDUL DOE, AFSHANEH DOE, ALI DOE, ALIMA DOE, and PERMAZ DOE were dismissed as plaintiffs and are therefore not part of said notice for appeal.

| | |
|---|---|
| Dated: August 5, 2025 | Respectfully submitted,<br><br>PLAINTIFFS<br><br>By their attorneys,<br><br>/s/ *Susan M. Finegan*<br>Susan M. Finegan (BBO #559156)<br>John F. Quill (BBO #632216)<br>Andrew N. Nathanson (BBO #548684)<br>Michael P. Molstad (BBO #707524)<br>Gabriella J. Flick (BBO #710976)<br>MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND<br> POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>617.542.6000<br>SMFinegan@mintz.com<br><br>Adriana Lafaille (BBO #680210)<br>AMERICAN CIVIL LIBERTIES UNION<br> FOUNDATION OF MASSACHUSETTS, INC.<br>One Center Plaza, Suite 850<br>Boston, MA 02108<br>617.482.3170<br>ALafaille@aclum.org |

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on August 5, 2025.

/s/ *Susan M. Finegan*
Susan M. Finegan